```
                                                    FILED
                                                December 22, 2008
        UNITED STATES DISTRICT COURT FOR THE    CLERK, US DISTRICT COURT
                                                 EASTERN DISTRICT OF
          EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA

                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )   Case No. CR.S-92-0397-GEB
       Plaintiff,       )
                                )
v.                              )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
VINCENT HUMPHREY,               )
                                )
       Defendant.       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release VINCENT HUMPHREY, Case No. CR.S-92-0397-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of: $

          ___   Unsecured Appearance Bond

          ___   Appearance Bond with Surety

    _X_   (Other) <u>Conditions as stated on the record.</u>

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>12/22/08</u>  at  3:00pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge